# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

New World International, Inc.    v.    Ford Global Technologies, LLC

No. 17-1956

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: New World International, Inc. and National Auto Parts, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Robert G. Oake, Jr. |
| Law Firm: | Oake Law Office |
| Address: | 700 S. Central Expy., Suite 400 |
| City, State and Zip: | Allen, Texas, 75013 |
| Telephone: | 214.207.9066 |
| Fax #: | 214.383.0865 |
| E-mail address: | rgo@oake.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 28, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 5/9/2017    Signature of pro se or counsel /s/ Robert G. Oake, Jr.

cc: All Counsel of Record by CM/ECF

Reset Fields